UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. R.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS),<br><br>　　　　Defendant. | Case No. 26-cv-00269-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al.*, 4:24-cv-06580-YGR.

　　　　**IT IS SO ORDERED.**

Dated: January 12, 2026

_____
RITA F. LIN
United States District Judge